UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| BEVERLY BOSTON, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br>      Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:14-CV-206-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** the court has reviewed the M&R, the record, and the briefs. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 26]. Plaintiff's motion for judgment on the pleadings [D.E. 18] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 21] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on February 23, 2016, and Copies To:**

| | |
|---|---|
| Janet M. Lyles | (via CM/ECF Notice of Electronic Filing) |
| Christian M. Vainieri | (via CM/ECF Notice of Electronic Filing) |

DATE:                                      JULIE RICHARDS JOHNSTON, CLERK

February 23, 2016               (By)  /s/ Nicole Briggeman

                                                      Deputy Clerk