UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-cv-00206-D

| | |
|---|---|
| BEVERLY BOSTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

It is ORDERED that Defendant pay the sum of $7,000 in attorney fees and under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, pursuant to the agreement of the parties, which the Court finds reasonable. Such payment should be sent to:

> Janet M. Lyles
> Davis, Murrelle, & Lyles, P.A.
> 912 Arendell Street
> Morehead City, N.C. 28557

Provided that the award to Plaintiff is not subject to the Treasury Offset Program (31 U.S.C. § 3716), payment will be made by check payable to Plaintiff's counsel, in accordance with Plaintiff's assignment to counsel of her right to payment of attorney fees under EAJA. If the award is subject to the Treasury Offset Program, any fees remaining after offset will be payable to Plaintiff and sent to Plaintiff's counsel.

_____
JAMES C. DEVER III
Chief United States District Judge