UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

BEVERLY BOSTON, )
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 4:14-CV-206-D**
CAROLYN W. COLVIN, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay the sum of $7,000 in attorney fees and under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, pursuant to the agreement of the parties, which the Court finds reasonable. Such payment should be sent to:

Janet M. Lyles, Davis, Murrelle, & Lyles, P.A., 912 Arendell Street, Morehead City, N.C. 28557. Provided that the award to Plaintiff is not subject to the Treasury Offset Program (31 U.S.C. § 3716), payment will be made by check payable to Plaintiffs counsel, in accordance with Plaintiffs assignment to counsel of her right to payment of attorney fees under EAJA. If the award is subject to the Treasury Offset Program, any fees remaining after offset will be payable to Plaintiff and sent to Plaintiffs counsel.

**This Judgment Filed and Entered on April 5, 2016, and Copies To:**

| Janet M. Lyles | (via CM/ECF Notice of Electronic Filing) |
| Christian M. Vainieri | (via CM/ECF Notice of Electronic Filing) |

DATE:                           JULIE RICHARDS JOHNSTON, CLERK

April 5, 2016            (By) /s/ Nicole Briggeman
                                    Deputy Clerk